

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2015

No. 04-15-00539-CV

### IN RE TIME WARNER CABLE ENTERPRISES, LLC
and Luquita Joy

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

On August 31, 2015, relators filed a petition for writ of mandamus and a motion for emergency relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than September 15, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for emergency relief is GRANTED. The trial court's August 21, 2015 order authorizing the oral deposition of Luquita Joy to occur not later than September 4, 2015, is TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on September 1, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-09313, styled *In re Fernando Ozuna*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.